IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,    Case No. CR-S-96-0320 GEB GGH P

vs.

APOLINA VELAZQUEZ,

    Defendant/Movant.    FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 1, 2005, defendant/movant was ordered to show cause, within thirty days, why his action should not be dismissed for failure to oppose plaintiff/respondent's motion to dismiss. The thirty day period has now expired, and defendant/movant has not shown cause or otherwise responded to the court's order.

        Although it appears from the file that defendant/movant's copy of the Order to Show Cause was returned, defendant/movant was properly served. It is the defendant/movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

        IT IS HEREBY RECOMMENDED that this action be dismissed <u>with</u> prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b). As observed by government counsel, this is not the first time movant has invoked the court's process, required the government to expend time

1

and effort to oppose, only to have movant abandon the proceeding he started.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  8/8/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
vela0320.fsc